FILED

IN THE UNITED STATES DISTRICT COURT FOR THE

NOV 16 2021

WESTERN DISTRICT OF OKLAHOMA

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. CR 21-321 F |
| ) | |
| - vs - ) | |
| ) | |
| BETTIE SUE CALDWELL, ) | Violations: 18 U.S.C. § 2111 |
| ) | 18 U.S.C. § 1153 |
| Defendant. ) | 18 U.S.C. § 2 |
| ) | 18 U.S.C. § 113(a)(3) |

### INDICTMENT

The Federal Grand Jury charges:

#### COUNT 1
#### (Robbery in Indian Country)

On or about January 18, 2020, in Indian country, within the Western District of Oklahoma,

---------------------------------- **BETTIE SUE CALDWELL,** --------------------------------

an Indian, did take and attempt to take from the person and presence of J.B., an Indian, something of value, to wit: a wallet and U.S. currency, by force and violence, and intimidation, and aided and abetted the same.

All in violation of Title 18, United States Code, Sections 2111, 1153, and 2, the penalty for which is found in Title 18, United States Code, Section 2111.

### COUNT 2
**(Assault with a Dangerous Weapon in Indian Country)**

On or about January 18, 2020, in Indian country, within the Western District of Oklahoma,

-------------------------------- **BETTIE SUE CALDWELL,** --------------------------------

an Indian, did, without just cause or excuse, unlawfully assault J.B. with a dangerous weapon, to wit: a metal bar, with intent to do bodily harm.

All in violation of Title 18, United States Code, Sections 113(a)(3) and 1153, the penalty for which is found in Title 18, United States Code, Section 113(a)(3).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
Acting United States Attorney

ERIKA N. SIMPSON
Special Assistant United States Attorney

2